# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv124

| | |
|---|---|
| LYN M. THIEL, ) <br> ) <br> ) <br>     **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> P.F. CHANG'S CHINA BISTRO, INC., ) <br> ) <br> ) <br>     **Defendant.** ) <br> _____ ) | **ORDER** |

Pending before the Court is the Motion to Compel [# 9] and Consent Motion for Extension of Time [# 13]. Defendant moves to compel the production of various documents. In addition, the parties jointly request a sixty day extension of the discovery, mediation, and motion deadlines in this case. The current discovery deadline is March 1, 2017. Trial is set for September 11, 2017.

Defendant moves to compel Plaintiff to produce documents responsive to its discovery requests, including various medical records. In response to the Motion to Compel, Plaintiff states that she does not oppose the motion but needs additional time to obtain and produce the responsive documents. Accordingly, the Court **GRANTS** the motion [# 9] and **DIRECTS** Plaintiff to respond fully to

Defendant's discovery requests at issue by March 15, 2017. The Court will not award fees or costs at this time but will reconsider doing so if Plaintiff fails to comply with this Order and produce the documents that she admits are responsive by March 15, 2017.

The Court also **GRANTS in part** the Consent Motion for Extension of Time [# 13]. The Court extends the discovery, mediation, and dispositive motion deadline in this case for thirty (30) days. Absent compelling circumstances, no further extensions of time shall be granted by this Court.

Signed: February 22, 2017

Dennis L. Howell
United States Magistrate Judge